# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | Case No. 15-41302 |
| ) | |
| DEBTORS ) | Chapter 7 |
| ) | |
| Michael J. Ensell ) | Judge Kay Woods |
| and ) | |
| Kelly J. Ensell ) | |
| ) | Motion to Continue the Hearing on |
| ) | Motion of Terry Newhart Sr., Terry |
| ) | Newhart Jr., Todd Newhart, North East |
| ) | Fire Protection LLC and 1286 Beech |
| ) | Street For Relief From Stay |

Comes now undersigned Counsel who respectfully moves this Honorable Court to continue the hearing, presently scheduled for October 22, 2015 at 9:30 A.M. As basis for this request, Counsel states she is out of the state on vacation until November 1, 2015 and is therefore unable to attend.

WHEREFORE, Counsel prays that the Court grant her motion.

/s/ Jane Timonere
Jane Timonere, Esq.   (0073241)
Counsel for Debtors
**TIMONERE LAW OFFICES, LLC**
4 Lawyers Row
Jefferson, Ohio 44047-1099
phone: (440) 576-8406
jane@timonere.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015 a true and correct copy of the foregoing **Motion to Continue Hearing on Motion of Terry Newhart Sr., Terry Newhart Jr., Todd Newhart, North East Fire Protection LLC and 1286 Beech Street LLC for Relief From Stay** was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Michael D. Buzulencia
150 E. Market Street, Suite 300
Warren, OH 44481
buzulenciatrustee@mahoningvalleylaw.com
Chapter 7 Trustee

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Avenue, Room 441
Cleveland, OH 44114

Thomas J. Connick
25550 Chagrin Blvd., Suite 101
Beachwood, OH 44122
tconnick@connicklawllc.com
Attorney for Movants

/s/ Jane Timonere
Jane Timonere, Esq.    (0073241)